**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

---

ROGELIO RODRIGUEZ ORTEGA,

Petitioner,

v. No. 2:26-CV-02140-MLG-GBW

WARDEN of Otero County Detention Facility; MARY DE ANDA-YBARRA, in her official capacity as Field Office Director of Enforcement and Removal Operations, El Paso Field Office, United States Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Acting Director of United States Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of United States Department of Homeland Security; and TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

Respondents.

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

This matter is before the Court on pro se Petitioner Rogelio Rodriguez Ortega's Petition for Writ of Habeas Corpus ("Petition"). Doc. 1. The Court, having considered the Petition, having held a hearing on September 30, 2026, and being otherwise fully informed, denies the Petition for the reasons stated on the record at the hearing. *See* 8 U.S.C. § 1231(a)(1)(C) ("The removal period shall be extended beyond a period of 90 days and the alien may remain in detention during such extended period if the alien . . . conspires or acts to prevent the alien's removal subject to an order of removal."); *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001) ("[A]n alien may be held in confinement until it has been determined that there is no significant likelihood of removal in the reasonably foreseeable future."); *Pelich v. I.N.S.*, 329 F.3d 1057, 1057 (9th Cir. 2003)

("Petitioner's detention in this case is indefinite only because he refuses to cooperate with the Immigration and Naturalization Service's . . . efforts to remove him. In such a circumstance, Petitioner has no cause to complain . . . .").

The Court denies the Petition for the reasons stated on the record at the hearing. A final judgment will be entered separately.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA