**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ROGELIO RODRIGUEZ ORTEGA,

Petitioner,

v. No. 2:26-CV-02140-MLG-GBW

WARDEN of Otero County Detention Facility; MARY DE ANDA-YBARRA, in her official capacity as Field Office Director of Enforcement and Removal Operations, El Paso Field Office, United States Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Acting Director of United States Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of United States Department of Homeland Security; and TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

Respondents.

**ORDER FOR RESPONSE AND STATUS UPDATE**

Petitioner Rogelio Rodriguez Ortega seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Rodriguez Ortega filed his Petition for a Writ of Habeas Corpus ("Petition"), on July 2, 2026, in which he seeks his immediate release. Doc. 1. The Court held a hearing on September 30, 2026, where it denied Rodriguez Ortega's petition on the basis that he refused to cooperate with removal efforts. Doc. 10. Rodriguez Ortega subsequently filed a Motion to Reconsider on October 19, 2026, contending that his detention is indefinite and that his removal is not foreseeable. Doc. 12.

The Court orders Respondents to file a response to the Motion to Reconsider. The response should include a status update on any current or imminent efforts to remove Rodriguez Ortega

from the country. The response and update shall be filed with the Court no later than 4:00 p.m. Tuesday, November 24, 2026.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA